Robert C Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
MICHELLE LOUISE MASSA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE LOUISE MASSA,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case 2:23-cv-01793-DMC<br><br>STIPULATION AND ORDER FOR MODIFICATION OF SCHEDULING ORDER [ECF No. 5] |

    Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the scheduling order for Social Security cases in this action [ECF No. 5] should be modified. Plaintiff's time to move for summary judgment should be extended from 11/24/2023 to 1/19/2024, all other deadlines to be determined by reference to the Court's procedural order, and that good cause supports the extension of time.

    This is Plaintiff's first request for modification of the scheduling order. Good cause supporting the extension of the filing deadline includes plaintiff's counsels mis-calendaring of the deadline based on state (rather than federal) court holidays, the upcoming holidays and greater than anticipated demands on plaintiff's counsel to prepare for back-to-back trials in January 2024, one a felony case in the San Mateo Superior Court commencing January 12, 2024, anticipated to take seven court days and the other an estimated six to eight week civil trial in the El Dorado Superior Court currently scheduled to commence January 23, 2024 (but anticipated to be reset to

February 6, 2024 due to the conflict with the criminal case).

    This request is made jointly in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party.

    SO STIPULATED AND AGREED, September 26, 2023

| WEEMS LAW OFFICES | | PHILLIP A. TALBERT,<br>  United States Attorney<br>MATHEW W. PILE,<br>  Assoc. Gen. Counsel, Soc. Sec. Admin.<br>  Office of Program Litigation, Office 7<br>EDMUND DARCHER,<br>  Sp. Asst. U.S. Attorney |
|---|---|---|
| */s/Robert C. Weems*<br>ROBERT C. WEEMS,<br>Attorney for Plaintiff | By: | */s/ Edmund Darcher*<br>EDMUND DARCHER<br>Sp. Asst. U.S. Attorney,<br>Attorney for Defendant<br>(per email authorization 11/27/23) |

**ORDER**

SO ORDERED

Dated:  November 29, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE