Robert C Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
MICHELLE LOUISE MASSA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOUISE MASSA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case 2:23-cv-01793-DMC<br><br>STIPULATION AND ORDER FOR MODIFICATION OF SCHEDULING ORDER [ECF No. 5] |

　　　　Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the scheduling order for Social Security cases in this action [ECF No. 5] should be modified. Plaintiff's time to file her opening brief should be extended from 1/19/2024 to 2/12/2024, all other deadlines to be determined by reference to the Supplemental Rules for Social Security Actions under § 405(g) and the Court's procedural order, and that good cause supports the extension of time.

　　　　This is Plaintiff's second request for modification of the briefing schedule. Good cause supporting the extension of the filing deadline includes that an unforeseeably large number of *in limine* motions were filed by opposing counsel in my matter scheduled to go to trial on February 6, 2024, in El Dorado County Superior Court, each requiring opposition and some of which are subject to further briefing and hearing; responding to judgment debtor enforcement efforts in that same matter incident to an attorney's fees award arising from an interim appeal by prior counsel

in that action; and that there have been changes to counsel's trial calendar and associated deadlines by the San Mateo County Superior Court and El Dorado County Superior Court.

    This request is made in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party and is unopposed by defendant.

    SO STIPULATED AND AGREED, January 18, 2024

| WEEMS LAW OFFICES | PHILLIP A. TALBERT, |
|---|---|
| | United States Attorney |
| | MATHEW W. PILE, |
| |   Assoc. Gen. Counsel, Soc. Sec. Admin. |
| |   Office of Program Litigation, Office 7 |
| | EDMUND DARCHER, |
| |   Sp. Asst. U.S. Attorney |
| /s/Robert C. Weems | By:  /s/ Edmund Darcher |
| ROBERT C. WEEMS, | EDMUND DARCHER |
| Attorney for Plaintiff | Sp. Asst. U.S. Attorney, |
| | Attorney for Defendant |
| | (per email authorization 11/27/23) |

**ORDER**

SO ORDERED

Dated: January 18, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE