Robert C Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
MICHELLE LOUISE MASSA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE LOUISE MASSA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case 2:23-cv-01793-DMC<br><br>STIPULATION AND ORDER FOR MODIFICATION OF SCHEDULING ORDER [ECF No. 5] |

    Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the scheduling order for Social Security cases in this action [ECF No. 5] should be modified. Plaintiff's time to file her opening brief should be extended from 2/12/2024 to 2/19/2024, all other deadlines to be determined by reference to the Supplemental Rules for Social Security Actions under § 405(g) and the Court's procedural order, and that good cause supports the extension of time.

    This is Plaintiff's third request for modification of the briefing schedule. Good cause supporting the extension of the filing deadline includes that supplemental briefing on a number of open *in limine* motions in my previously identified El Dorado County Superior Court matter required more research than anticipated, previously unscheduled and additional depositions took place based on a change in the trial date due to the Court's unavailability; and a second motion for summary adjudication of issues requiring review was filed by opposing counsel based on the new

trial date; and, despite diligence, to complete work on plaintiff's opening brief to the professional standards of this Court, I will require an additional week based on my overall professional calendar.

This request is made in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party and is unopposed by defendant.

SO STIPULATED AND AGREED, February 14, 2024

| WEEMS LAW OFFICES | PHILLIP A. TALBERT, |
| | United States Attorney |
| | MATHEW W. PILE, |
| | Assoc. Gen. Counsel, Soc. Sec. Admin. |
| | Office of Program Litigation, Office 7 |
| | EDMUND DARCHER, |
| | Sp. Asst. U.S. Attorney |

*/s/Robert C. Weems*  By:  */s/ Edmund Darcher*
ROBERT C. WEEMS,                EDMUND DARCHER
Attorney for Plaintiff          Sp. Asst. U.S. Attorney,
                                Attorney for Defendant
                                (per email authorization 11/27/23)

**ORDER**

SO ORDERED

Dated:  February 14, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE