```
PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOUISE MASSA,<br><br>   Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:23-cv-01793-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from April 9, 2024, up to and including June 9, 2024.   This is Defendant's first request for an extension.

Defendant requests this extension in order to further consider the administrative record in light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing deadlines in cases pending in this district and other districts.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated: March 29, 2024                /s/ *Robert C. Weems**
                                      (*as authorized via e-mail on March 29, 2024)
                                        ROBERT C. WEEMS
                                        Attorney for Plaintiff

Dated: March 29, 2024                PHILLIP A. TALBERT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Social Security Administration

                              By:     /s/ *Erin A. Jurrens*
                                        ERIN A. JURRENS
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 9, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  March 29, 2024

                                                    DENNIS M. COTA
                                                    UNITED STATES MAGISTRATE JUDGE